PROVIDED TO
JEFFERSON C.I.
MAY 0 1 2023
FOR MAILING ___
RECEIVED BY ___

PROVIDED TO
JEFFERSON C.I.
MAY 0 1 2023
FOR MAILING ___
RECEIVED BY ___

FILED
2023 MAY -3 AM 11: 36
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

In The United States
District Court - Middle
District of Florida

Joseph Luis Cruz,
Petitioner,

3:23-CV-522-MMH-PDB

v.

STATE OF FLORIDA, Fla. Dep't of Corrections,
Jefferson Correctional Institution

### Extraordinary Emergency Petition for Writ of Habeas Corpus

(Urgent - TIME SENSITIVE - MENTALLY DIAGNOSED SCHIZOPHRENIC - Illegal Confined without due process - 6 days no treatment - no Notice of charges)

Pursuant to Article I, §9, clause 2, The All Writs Act, Fifth and Fourteenth Amendments, The Petitioner files This Petition under Emergency Circumstances because he is Bipolar I, schizophrenic person being locked in solitary confinement with no medication, or counseling, whom has been confined without any written reason or formal notice of any charge for deprivation of his freedom of movement. This being the (6) day confined. Wolf v. McDonnell, 418 U.S. 539 (1974). The Petitioner has asked Officer Cena, Scott, and more, Captain Leavens, and another captain with glasses, female (Washington?)(Maybe Lee name) and no one can identify why I am being confined or noticed me. I filed attached Reprisal-Emergency and I guarantee it will disappear like it has for others and self at Jefferson C.I. If you need witnesses I can provide.

    I DEMAND TO BE Released and not retaliated against. I simply was doing what God called me to do: Help others. See attached. They are retaliating for my kindness and more is coming! (Good luck ~~Joseph~~ We're the Court, We don't give a damn about you - Go Kill yourself, we're not (i) helping you even in your innocence - double jeopardy case, why the hell should we help you now, we don't care your innocent

3:20-cv-01443

Don't you know it's about money Joseph we're the courts we're never wrong. We punish innocent people every day and sleep fine doing it. Ha Ha. Yes we are innocent Joseph. Maybe you'll learn not to help people.)

All I do is help people with their law work (for charity - free) that are less fortunate, and cannot read and write properly the law. I should not be punished and suffer for doing good, deprived freedom within deprivation of freedom. Help me Judge Corrigan, Help me Judge Morales, Help me Judge Davis. Please don't send me some form to fill out that would take too long! I may be dead by then or beyond mental repair or not competent to lucidly fill it out as this is the 6th day and by the time you get this it will be 5-7 days from now and who knows where I will be. It would be futile to file this any other way than I file now. EMERGENCY!!

Certificate of Service

I hereby certify that I have served this to this Court on my only papers, I have no other option, call my mother please (352-415-5733) Carol Pfeiffer, the law library does not come to confinement but once a week on Thursdays so I will not get anything until next Thursday to help me, paper, pen, legal research. Served on U.S.D.C., 300 N. Hogan Street, Suite 9-150, Jacksonville, FL 32202 on this 1 day of May 2023

Joseph Luis Levin, DC# J01866
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, FL 32344

(2)