UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH LUIS LEVIN,

        Petitioner,

v.                               Case No. 3:23-cv-522-MMH-PDB

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

        Respondent.
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

    Petitioner Joseph Luis Levin, an inmate of the Florida penal system, filed a pro se document titled "Extraordinary Emergency Petition for Writ of Habeas Corpus" (Doc. 1), dated May 1, 2023. In the pleading, Petitioner alleges he has bipolar disorder and schizophrenia. According to Petitioner, prison officials have placed him in solitary confinement for six days without medication and "without any written reason or formal notice." He requests immediate release.

    It is not clear what type of lawsuit Levin intends to bring. To the extent Levin is attempting to open a federal habeas case, he previously filed a Petition for Writ of Habeas Corpus in this Court challenging his conviction. See Levin v. Sec'y, Fla. Dep't of Corr., No. 3:20-cv-1442-TJC-MCR (M.D. Fla.). That case

remains pending. If Levin seeks to allege that the conditions of his confinement are unconstitutional, he may initiate a civil rights action. The Court has approved the use of a form for civil rights cases, and Levin will be provided with a copy of the form. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). Any complaints Levin has about his conditions of confinement at Jefferson Correctional Institution should be filed in the United States District Court for the Northern District of Florida.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

3. The **Clerk** shall send Levin a civil rights complaint form. If Levin chooses to refile his claims, he may do so on the enclosed form in the appropriate venue. He should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of May, 2023.

MARCIA MORALES HOWARD
United States District Judge

caw 5/4
c:
Joseph Luis Levin, #J01866